**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONISIO D. POSILERO,<br><br>        Plaintiff(s),<br><br>  v.<br><br>LOS ANGELES SUPERIOR CT,<br><br>        Defendant(s). | Case No. C08-04547 JCS<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

IT IS HEREBY ORDERED that this action shall be dismissed with prejudice.

IT IS SO ORDERED.

Dated: June 26, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge